Form 27 -GENERAL PURPOSE     noel     P494344

**WIGDOR LLP**    James Meresman
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

DOMINIQUE MOORE

PLAINTIFF

- vs -

DESPONT STUDIOS LLC D/B/A THE OFFICE OF THIERRY W. DESPONT, LTD., ETANO

DEFENDANT

index No. **16-CV-619**
Date Filed
Office No. **JBM 22110**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **FEBRUARY, 2016** **2:27PM** at
    **C/O THE OFFICE OF THIERRY W. DESPONT, 10 HARRISON STREET**
    **NEW YORK NY 10013**
I served a true copy of the **SUMMONS AND COMPLAINT** upon **LUIS GONZALEZ** the **DEFENDANT** therein named by delivering to, and leaving personally with **KATE (SMITH), RECEPTIONIST AUTHORIZED TO ACCEPT WHO REFUSED FULL NAME** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **30** APP. HT: **5/5** APP. WT: **120**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
03RD day of FEBRUARY, 2016

LISA M. HAGERMAN
Notary Public, State of New York
No. 01HA4967184
Qualified in NEW YORK
Commission Expires 08/02/2018

ERIC GOLDKLANK DCA LIC #1298914
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-WIGLLP-494344